Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
Karl Olson, CSB #104760
Email: kolson@rocklawcal.com
Susan S. Brown, CSB #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA FREITAS, REBECCA LYON and MARESA KENDRICK, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOUNCEBACK, INC., a Missouri corporation, CHECK CONNECTION, INC., a Kansas corporation, STONE FENCE HOLDINGS, INC., a Missouri corporation, and GALE KRIEG,<br><br>Defendants. | No.  15-cv-03560-RS<br><br>**[PROPOSED] ORDER DIRECTING DEFENDANTS TO PRODUCE TO PLAINTIFFS' COUNSEL NAMES AND CONTACT INFORMATION FOR PROPOSED CLASS MEMBERS**<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>Complaint filed:  August 3, 2015 |

/ / /

/ / /

/ / /

/ / /

**ORDER**

Good cause appearing, the Court **ORDERS** that Defendants BOUNCEBACK, INC., CHECK CONNECTION, INC., STONE FENCE HOLDINGS, INC., and GALE KRIEG produce to Plaintiffs' counsel the names and contact information, including addresses and telephone numbers, for all members of the proposed classes.

**SO ORDERED.**

Dated this __6TH__ day of __November__, 2015.

By: _____
Hon. Richard Seeborg
United States District Judge