Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
Karl Olson, CSB #104760
Email:  kolson@rocklawcal.com
Susan S. Brown, CSB #287986
Email:  sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELINA FREITAS, REBECCA LYON and MARESA KENDRICK, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOUNCEBACK, INC., a Missouri corporation, CHECK CONNECTION, INC., a Kansas corporation, STONE FENCE HOLDINGS, INC., a Missouri corporation, and GALE KRIEG,<br><br>Defendants. | NO. 3:15-cv-03560-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING THE ENTIRE ACTION**<br><br>Complaint Filed:  August 3, 2015<br><br>Honorable Richard Seeborg<br><br><u>DEMAND FOR JURY</u><br><br>DATE:<br>TIME:<br>LOCATION:  Courtroom 3 - 17th Floor |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Angelina Freitas, Rebecca Lyon and Maresa Kendrick (hereinafter "Plaintiffs"), and BounceBack, Inc. Check Connection, Inc. Stone Fence Holdings, Inc. and Gale Krieg (hereinafter "Defendants"), by and through their attorneys

STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE
ACTION - 1
CASE NO. 3:15-cv-03560-RS

of record, stipulate to dismissal of Plaintiffs' claims against Defendants with prejudice and without an award of fees and costs to either party. This dismissal with prejudice includes the claims of class members covered by the settlement finally approved by the Court in *Cavnar et al. vs. BounceBack, Inc., et al.*, No. 2:14-cv-00235-RMP, Dkt. No. 153 (E.D. Wash. Sept. 15, 2016). *See* Dkt. No. 50-1 (The Honorable Rosanna Malouf Peterson's order approving the class settlement).

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 26th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC     PAINE HAMBLEN LLP

By: /s/ Beth E. Terrell, CSB #178181
  Beth E. Terrell, CSB #178181
  Email: bterrell@terrellmarshall.com
  Blythe H. Chandler, *Admitted Pro Hac Vice*
  Email: bchandler@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603
  Facsimile: (206) 319-5450

  Michael F. Ram, CSB #104805
  Email: mram@rocklawcal.com
  Karl Olson, CSB #104760
  Email: kolson@rocklawcal.com
  Susan S. Brown, CSB #287986
  Email: sbrown@rocklawcal.com
  RAM, OLSON, CEREGHINO
    & KOPCZYNSKI
  555 Montgomery Street, Suite 820
  San Francisco, California 94111
  Telephone: (415) 433-4949
  Facsimile: (415) 433-7311

  Paul Arons, CSB #84970
  Email: lopa@rockisland.com
  LAW OFFICE OF PAUL ARONS
  685 Spring Street, Suite 104
  Friday Harbor, Washington 98250
  Telephone: (360) 378-6496
  Facsimile: (360) 378-6498

By: /s/ Gregg R. Smith, *Admitted Pro Hac Vice*
  Gregg R. Smith, *Admitted Pro Hac Vice*
  Email: gregg.smith@painehamblen.com
  Scott C. Cifrese, *Admitted Pro Hac Vice*
  Email: scott.cifrese@painehamblen.com
  717 West Sprague Avenue, Suite 1200
  Spokane, Washington 99201
  Telephone: (509) 455-6000
  Facsimile: (509) 838-0007

  Robert F. Tyson, Jr., CSB #147177
  Email: rtyson@tysonmendes.com
  Jacob Felderman, CSB #229400
  Email: jfelderman@tysonmendes.com
  Kelly Denham, CSB #285314
  Email: kdenham@tysonmendes.com
  TYSON & MENDES
  5661 La Jolla Boulevard
  La Jolla, California 92037
  Telephone: (858) 459-4400
  Facsimile: (858) 459-3864

  *Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE
ACTION - 2
CASE NO. 3:15-cv-03560-RS

|   |   |
|---|---|
| 1 | |
| 2 | Deepak Gupta |
|   | Email: deepak@guptawessler.com |
| 3 | GUPTA WESSLER PLLC |
|   | 1735 20th Street, NW |
| 4 | Washington, DC 20009 |
|   | Telephone: (202) 888-1741 |
| 5 | Facsimile: (202) 888-7792 |

*Attorneys for Plaintiffs*

## II.  LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 26th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email:  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs and the Proposed Classes*

## III.  [PROPOSED] ORDER

This matter came before the above-entitled Court on the Stipulation for Dismissal with Prejudice of the Entire Action. After reviewing the files and records herein, and the Court having been fully advised, it is hereby:

ORDERED that Plaintiffs' claims against Defendants with prejudice and without an award of fees and costs to either party.  This dismissal with prejudice includes the claims of class

members covered by the settlement finally approved by the Court in *Cavnar, et al. vs. BounceBack, Inc., et al.*, No. 2:14-cv-00235-RMP, Dkt. No. 153 (E.D. Wash. Sept. 15, 2016).

IT IS SO ORDERED.

Dated this 26th day of October, 2016.

UNITED STATES DISTRICT JUDGE